# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| SHANNON and ERICA ROLLINS, | ) |
| Plaintiffs, | ) |
| v. | ) 1:08-cv-00211-JEO |
| NELSON, WATSON & ASSOCIATES, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The above-styled action is before the court on the Joint Stipulation of Dismissal with prejudice filed by the parties. (Doc. 6). Upon consideration of the matters presented in the Motion, and for good cause shown, it is **ORDERED** that the plaintiffs' claims against the defendant in the above-styled action are hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE and ORDERED** this 26th day of March, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE